941 A.2d 705

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Douglas Richard KENNEDY, Appellee.**

Supreme Court of Pennsylvania.

Feb. 29, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of February, 2008, the order of the Allegheny County Court of Common Pleas is reversed insofar as it declared Section 3802(c) of the Vehicle Code, 75 Pa.C.S. § 3802(c), unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Duda*, 592 Pa. 164, 923 A.2d 1138 (2007); *Commonwealth v. Finchio*, 592 Pa. 577, 926 A.2d 968 (2007). The Commonwealth's Petition to Remand Record is dismissed as moot.

941 A.2d 1255

**Alan T. BROOKS, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

July 20, 2007.

## ORDER

PER CURIAM.

The order of the Commonwealth Court is AFFIRMED, and Appellant's application for relief is DENIED.

941 A.2d 1255

**Alan T. BROOKS, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

July 20, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of July, 2007, the Application for Relief filed June 27, 2007, is DENIED.

941 A.2d 1255

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Michael MASTROMARINO, Respondent.**

Supreme Court of Pennsylvania.

Dec. 17, 2007.